**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-7278**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Respondent,

    v.

MIKE AZIZ MERZOUG,

        Defendant - Petitioner.

———————

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Henry M. Herlong, Jr., Senior District Judge.  (8:10-cr-00131-HMH-2)

———————

Submitted:  June 12, 2015          Decided:  July 2, 2015

———————

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jonathan A. Bartell, Cleveland, Ohio, for Petitioner.  William N. Nettles, United States Attorney, Columbia, South Carolina, David C. Stephens, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mike Aziz Merzoug appeals the district court's oral order denying his petition for a writ of error coram nobis. We have reviewed the record and find no reversible error. See Bereano v. United States, 706 F.3d 568, 575 (4th Cir. 2013) (stating standard of review for denial of petition for writ of coram nobis). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED